IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VICTOR MANUEL DOMINGUEZ AVILES, § § § | |
| Petitioner, § § | |
| v. § | CAUSE NO. EP-25-CV-585-KC |
| § § | |
| WARDEN OF ERO CAMP EAST MONTANA DETENTION FACILITY et al., § § § § § | |
| Respondents. § | |

## **ORDER**

On this day, the Court considered the case. On December 4, 2025, the Court granted in part Dominguez Aviles' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Dec. 4, 2025, Order 3, ECF No. 4. Respondents have now informed the Court that, on December 8, an immigration judge ordered Dominguez Aviles to be released from custody on a $1,500.00 bond. Advisory, ECF No. 5; *see id.* Ex. A ("IJ Order") at 1, ECF No. 5-1. "Petitioner has now posted bond and is in the process of being released." Advisory.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Dec. 4, 2025, Order. Accordingly, **the Clerk shall close the case**. To the extent Dominguez Aviles wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 12th day of December, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE